UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| C.L.D., a minor, by and through His Next Friend, Laverne Dixon, ) ) Plaintiff, ) ) v. ) ) ) EDDIE BOYD, III, *et al.*, ) ) Defendants. ) | Case No. 4:08-CV-788 CAS |

## **DEFENDANTS' LIST OF EXHIBITS**

Defendants Francis Slay, Julius Hunter, Vincent J. Bommarito, Todd H. Epsten and Chris Goodson, collectively comprising the Board of Police Commissioners of the St. Louis Metropolitan Police Department (the "Board"), may introduce the following exhibits at trial:

    Deft. Board   A.   Section I of SO 1-01

    Deft. Board   B.   ARTS # 07/106 and attachments

    Deft. Board   C.   Request for Termination

    Deft. Board   D.   Medical Records from St. Louis Children's Hospital

    Deft. Board   E.   Performance Appraisals for Eddie Boyd

    Deft. Board   F.   Performance Observation Forms for Eddie Boyd

    Deft. Board   G.   ARTS # 06/114 and attachments

    Deft. Board   H.   Section VII of SO 1-01

Defendant will seek to authenticate B though G by affidavit pursuant to FRE 902(11) if the parties do not stipulate to their authenticity.

Defendants reserve the right to introduce exhibits identified in any other party's exhibit list and to introduce additional exhibits in response to the evidence presented by plaintiff at trial.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Robert J. Isaacson*
Robert J. Isaacson, #33327
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri  63188
(314) 340-7861 (Telephone)
(314) 320-7029 (Facsimile)
*Attorneys for Defendant St. Louis Board of Police Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court this 22nd day of June, 2010 to be served by operation of the Court's electronic filing system, upon the following:

Matthew J. Devoti
CASEY AND DEVOTI, P.C.
10 South Broadway, Suite 825
St. Louis, Missouri  63102
Attorney for Plaintiff

Douglas A. Forsyth
10 South Broadway, Suite 825
St. Louis, Missouri 63102
Attorney for Plaintiff

Kevin J. Dolley
9620 Lackland
St. Louis, Missouri 63114
*Attorney for Defendant Boyd*

                */s/ Robert J. Isaacson*
                Assistant Attorney General

*s*