UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| C.L.D., a minor, by and through | ) | |
| His Next Friend, LAVERNE DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:08-CV-788 CAS |
| v. | ) | |
| | ) | |
| EDDIE BOYD, III, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT LIST

Defendant, Eddie Boyd, III, may present the following exhibits at trial:

I.      Documentation concerning the incident

   A  4/26/2007 Incident Report

   B  Google Map of Scene

   C-1-C-19  Scene Photos

   D  4/26/2007 Children's Hospital Medical Records

   E  Homer G. Philips Medical Records

II.     Police Department Rules and Regulations

   F  May 24, 2006 Special Orders, "Use of Force"

   G  Rule 9 – General Duty Regulations

   H.  Performance Reviews of Officer Boyd
     H-1. (undated) Performance Observation Form;
     H-2. March 25, 2007 Performance Observation Form;
     H-3. March 24, 2007 Performance Appraisal;
     H-4. February 25, 2007 Performance Observation Form;
     H-5. February 12, 2007 Performance Observation Form;
     H-6. December 14, 2006 Performance Observation Form;
     H-7. December 13, 2006 Performance Observation Form;
     H-8. November 24, 2006 Performance Observation Form;

H-9.   November 11, 2006 Performance Observation Form;
H-10.  2005 Productivity letter (2 pages);
H-11.  March 7, 2004 Performance Appraisal;
H-12.  March 10, 2004 Performance Appraisal.

I.      Commendations for Officer Boyd

I-1.    February 6, 2006 Appreciation Recognition;
I-2.    November 20, 2009 Letter of Commendation;
I-3.    February 7, 2005 Dutchtown South honor;
I-4.    June 20, 2006 Letter of Commendation;
I-5.    January 25, 2007 Department Award of Excellence;
I-6.    March 31, 2006 A Plus Award;
I-7.    July 25, 2005 Letter from Lt. Michael Lauer;
I-8.    November 7, 2008 Recommendation for Letter of Commendation;
I-9.    February 10, 2005 Commendation;
I-10.  May 2005 Officer of the Month;
I-11.  July 2003 Officer of the Month;
I-12.  June 8, 2006 Invitation to Awards Ceremony;
I-13.  May 11, 2009 Letter from Aaron Jimenez;
I-14.  January 20, 2006 St. Louis Post Dispatch article;
I-15.  Handwritten Thank You Note;
I-16.  February 10, 2006 Letter from Gregory Daly;
I-17.  March 23, 2006 Letter from Gregory Daly;
I-18.  June 3, 2006 Nightly Staff Report with Handwritten Note from Chief;
I-19.  June 4, 2006 Nightly Staff Report with Handwritten Note from Chief;
I-20.  October 24, 2008 Chief's Commendation.

J.     2005-2006 St. Louis City School District, Discipline Infraction Report

Respectfully Submitted,


By:       _____Kevin J. Dolley_____s/s_____

Kevin J. Dolley, USDC #117137
Law Offices of Kevin J. Dolley
7750 Clayton Road, Suite 102
St. Louis MO 63117-1343
(314)645-4100 (office)
(314)645-7901 (fax)
kevin@dolleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court on June 22, 2010 to be served by operation of the Court's electronic filing system, upon the following:

Robert J. Isaacson
Assistant Attorney General
Old Post Office Building
815 Olive, Suite 215
St. Louis, Missouri 63188
Attorneys for Defendant St. Louis
Board of Police Commissioners

Matthew J. Devoti
Reaid M. Khouri
CASEY AND DEVOTI, P.C.
100 North Broadway, Suite 1000
St. Louis, Missouri 63102
Attorneys for Plaintiff

         _____Kevin J. Dolley_____s/s_____