## EXHIBIT LIST

DATE: 7-13-10         CAUSE NUMBER: 4:08cv788cas

STYLE: CDL v. Boyd

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 1 | 7/12 | πW1 | | ✓ | 7/12 |
| 19 | 7/12 | πW1 | | ✓ | 7/12 |
| 12 | 7/12 | πW1 | | | 7/12 |
| 4 | 7/12 | πW1 | | | 7/12 |
| 13 | 7/12 | πW1 | | | 7/12 |
| 9 | 7/12 | πW1 | | | 7/12 |
| 15 | 7/12 | πW1 | | ✓ | 7/12 |
| 6C | 7/12 | πW1 | | ✓ | 7/12 |
| 6D | 7/12 | πW1 | | ✓ | 7/12 |
| 6E | 7/12 | πW1 | | ✓ | 7/12 |
| 6F | 7/12 | πW1 | | ✓ | 7/12 |
| 10 | 7/12 | πW2 | | | 7/12 |
| 20 A-K | 7/12 | πW2 | | | 7/12 |
| 22 | 7/12 | πW2 | | | 7/12 |
| 6 A-B | 7/12 | πW2 | | ✗ | 7/12 |
| C2 | 7/13 | Δ1 | | | 7/13 |
| C3 | 7/13 | Δ1 | | | |
| C1 | 7/13 | Δ1 | | | |
| C6 | 7/13 | Δ1 | | | |
| C11 | 7/13 | Δ1 | | | |
| C18 | 7/13 | Δ1 | | | |