# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| C.L.D., <br> a minor, by and through his <br> Next Friend LAVERNE DIXON, <br> <br> Plaintiff, <br> <br> v. <br> <br> EDDIE BOYD, III, TODD H. EPSTEN, <br> VINCENT J. BOMMARITO, <br> CHRISTOPHER GOODSON, JULIUS <br> HUNTER, and FRANCIS G. SLAY, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 4:08-CV-788 CAS |

## **JUDGMENT**

This matter came for trial before a jury on the claims against the remaining defendant Eddie Boyd, III, with the undersigned United States District Judge presiding.  The issues were duly tried, and the jury rendered its verdict on July 13, 2010.

As to plaintiff's claim of excessive force against defendant Eddie Boyd, III, the jury rendered its verdict in favor of defendant.  As to plaintiff's state law claim of battery against defendant Eddie Boyd, III, the jury rendered its verdict in favor of defendant.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Eddie Boyd, III on plaintiff's claim of excessive force, and this claim is **DISMISSED** on the merits.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Eddie Boyd, III on plaintiff's state law claim of battery, and this claim is

**DISMISSED** on the merits.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Count II for assault and Count IV for false arrest are hereby **DISMISSED with prejudice**, plaintiff having abandoned those claims.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of July, 2010.