# Concannon & Jaeger

Tel. (314) 421-1000  
Fax (314) 421-0465  
Mail@C-JReporters.com

General Court Reporters  
7730 Carondelet - Suite 112  
St. Louis, MO 63105

Tax ID: 43-1249978



July 20, 2009

Kevin J. Dolley  
9620 Lackland Road  
St. Louis, MO 63114

| Invoice Number |
| --- |
| CC 24844 |

**Re:** C.L.D., etc. vs. EDDIE BOYD, III, et al.  
Services rendered on 7/1/2009

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Copy of Transcript | Deposition of Eddie Boyd, III | 156.00 | 1.80 | 280.80 |
| Copy of Transcript | Deposition of Christopher Dixon | 101.00 | 1.80 | 181.80 |
| E-Transcript Conversion | Sent to dolleylaw@yahoo.com ' | 2.00 | 30.00 | 60.00 |
| | | Invoice total: | | $522.60 |

\*\* 2 E-trans sent when payment received. Thank you for your cooperation. "

Please reference our Invoice Number with your payment - and thank you for your order.

WE'VE MOVED! Please take note of our new address above.

- Payment Due Upon Receipt -

# Concannon & Jaeger

Tel. (314) 421-1000  
Fax (314) 421-0465  
Mail@C-JReporters.com

General Court Reporters  
7730 Carondelet - Suite 112  
St. Louis, MO 63105

Tax ID: 43-1249978



August 27, 2009

Kevin J. Dolley  
7750 Clayton Road - Ste. 102  
St. Louis, MO 63117

| Invoice Number |
| --- |
| LW 25096 |

**Re:** C.L.D. vs. EDDIE BOYD, III, et al.  
Services rendered on 8/19/2009

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Copy of Transcript | Deposition of J. Hayden(73 pgs); S. Ellis(55 pgs); R. Wilderson(27 pgs); G. Stittum(35 pgs) | 190.00 | 1.80 | 342.00 |
| E-Transcript Conversion | Sent to dolleylaw@yahoo.com | 4.00 | 30.00 | 120.00 |
| | | | Invoice total: | $462.00 |

\*\* 4 E-trans sent when payment received. Thank you for your cooperation.\*\*

Please reference our Invoice Number with your payment - and thank you for your order.

WE'VE MOVED! Please take note of our new address above.

- Payment Due Upon Receipt -

# INVOICE



(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18795 | 12/8/2009 | 14158 |
| Job Date | Case No. | |
| 11/19/2009 | | |

**Case Name**

CLD vs. Boyd

**Payment Terms**

Due upon receipt

Dolley, Kevin J.
Law Offices of Kevin Dolley
7750 Clayton Rd
Ste 102
Saint Louis, MO 63117

---

Deposition of
   Transcript of Proceedings            10.00 Pages @ 3.75     37.50
      Attendance of Reporter                       35.00     35.00
      E-Transcript                    0.00 File(s) @ 0.00     0.00
      Notary Fee                                           2.00     2.00
      Transcript/exhibit archive                  7.50     7.50
(TAXABLE $82.00)

**TOTAL DUE >>>     $82.00**

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Dolley, Kevin J.
Law Offices of Kevin Dolley
7750 Clayton Rd
Ste 102
Saint Louis, MO 63117

Job No.   : 14158        BU ID   : GorePerry
Case No.   :
Case Name   : CLD vs. Boyd

Invoice No.   : 18795        Invoice Date   : 12/8/2009
**Total Due   : $ 82.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **GorePerry Reporting & Video**
          **515 Olive St., Suite 700**
          **Saint Louis, MO 63101**

**St. Louis Public Schools**
Records Center/Archives
& Student Record Room
Student Record Request Form

A NON-REFUNDABLE $3.00 PER SEARCH fee (cash/money order/cashier's check) payable to St. Louis Public Schools is charged for each record requested. NO PERSONAL CHECKS. COPY OF PHOTO IDENTIFICATION IS REQUIRED AT THE TIME OF REQUEST. Complete a separate form for each search. Return form(s) to the St. Louis Public Schools Records Center/Archives Student Record Room, 1616 Hampton Ave., St. Louis, MO 63139. If requested by other than student or parent, attach power of attorney.

Type of Record Requested:

| | | |
|---|---|---|
| ✓ | Elementary (K-8) Record | $3.00 |
| | High School Transcript | $3.00 |
| | Graduation Class List | $6.00 |
| | Nurse (LPN) Transcript | $5.00 |

Last Yr. attended _____
Yr. Graduated or Withdrawn _____
School _____ Yr. _____
Year Graduated or Withdrawn _____

*[handwritten note at top]* Yes, Plus Year when Graduated 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